UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| MABEL SEBASTIAN | ) | |
| | ) | |
|     Plaintiff | ) | **(Electronically Filed)** |
| | ) | |
| v. | ) | |
| | ) | |
| A TECHNICAL ADVANTAGE, INC. | ) | |
| d/b/a ATA COLLEGE | ) | CASE NO. 3:10CV483-R |
| | ) | |
|     Defendant | ) | |

## <u>NOTICE OF REMOVAL</u>

For its Notice of Removal, Defendant, A Technological Advantage, Inc. d/b/a ATA College, incorrectly identified in the Complaint as Technical Advantage, Inc. d/b/a ATA College ("ATA College"), respectfully states as follows:

1.    ATA College is a Defendant in a lawsuit filed in Jefferson Circuit Court, Louisville, Kentucky, Civil Action No. 10-CI-04318 in which Mabel Sebastian is Plaintiff.

2.    Plaintiff is employed as the Director of Career Services with ATA College and has asserted claims under the federal Equal Pay Act, for gender discrimination and retaliation pursuant to KRS Chapter 344, and the tort of outrage.  Plaintiff seeks compensatory and punitive damages resulting from ATA College's alleged discriminatory acts.

3.    This action is removable to the United States District Court pursuant to 28 U.S.C. §§1331 and 1441 as this matter arises under the laws of the United States and therefore presents a federal question under this Court's original jurisdiction.

4.    Pursuant to 28 U.S.C. §1441(c), this Court has supplemental jurisdiction over the state law claims contained in the Complaint.

5.    This Notice of Removal is timely filed in this Court within thirty (30) days after service of Summons and Complaint on the Defendant.

6.    A true and correct copy of this Notice of Removal will be provided to the Plaintiff and the Clerk of the Jefferson Circuit Court as provided by 28 U.S.C. §1446(d).

7.    In accordance with 28 U.S.C. §1446(a), attached as Exhibit 1 to this Notice of Removal are copies of all process, pleadings and orders that have been served upon the Defendant.

Respectfully submitted,


　　s/ Pamela J. Ledford
David Domene
Pamela J. Ledford
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, Kentucky 40202
Tel. (502) 584-1600
Fax  (502) 584-9971
*Counsel for Defendant, A Technological Advantage, Inc. d/b/a ATA College*


## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was mailed on this 12th day of July, 2010, to the following:

Joseph D. Wibbels, Jr.
WIBBELS LAW OFFICE, PLLC
4156 Westport Road, Suite 201
Louisville, KY 40207
*Counsel for Plaintiff*


　　s/ Pamela J. Ledford
Counsel for Defendant

\\BHD-PRIMARY\Docs7\USLI\Sebastian v ATA\Pleadings\notice of removal.wpd